```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
                  COUNSEL/PARTIES OF RECORD

         MAR - 6 2012

      CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TAYLOR LEE REYNOLDS, et al., ) | 3:11-CV-0910-RCJ (VPC) |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| vs. ) | March 5, 2012 |
| HOMECOMINGS FINANCIAL ) NETWORK CORPORATION, et al., ) | |
| Defendant(s). ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: _____LISA MANN_____    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiffs' "motion for request to receive and file court document electronic as a deposit for special purpose" (#19). Pursuant to the United States District Court of the District of Nevada's Special Order 109, the ability to file electronically is reserved for attorneys. Plaintiffs have not demonstrated to this Court their need for electronic filing. Therefore,

Plaintiffs' "motion for request to receive and file court document electronic as a deposit for special purpose" (#19) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
       Deputy Clerk